IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NORTHSTAR SYSTEMS LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00323-JRG |
| MERCEDES-BENZ GROUP AG, | § § § | |
| *Defendant*. | § § § | |

## ORDER

Before the Court is the Notice of Dismissal with Prejudice (the "Notice") filed by Plaintiff NorthStar Systems LLC ("Plaintiff"). (Dkt. No. 9.) In the Notice, Plaintiff gives notice that the above-caption case against Mercedes-Benz Group AG ("Defendant") is dismissed with prejudice. (*Id.* at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-caption case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 20th day of September, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE